IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No.  23-MJ-965STE |
| THOMAS E. LANDRETH, ) | Violation: U.S.C. 21 § 844 |
| Defendant. ) | |

### INFORMATION

The United States Attorney charges:

On or about October 6, 2023, in Comanche County, in the Western District of Oklahoma,

-----------------------------------THOMAS E. LANDRETH, ---------------------------------

knowingly and intentionally possessed a controlled substances without a valid prescription, to-wit: Oxycodone and Fentanyl.

All in violation of Title 21, United States Code, Section 844.

ROBERT J. TROESTER
United States Attorney

*/s/ Mark R. Stoneman*

MARK R. STONEMAN
Assistant United States Attorney